UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEITH RAWLINS,

                Plaintiff,

v.

DON MARLOW, et al.,

                Defendant.

CASE NO. 2:19-cv-01905-RSM-BAT

**ORDER GRANTING EXTENSION OF PRETRIAL DEADLINES**

Plaintiff, proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, moves for a thirty (30) day extension of the deadline for completing discovery. Dkt. 23. Plaintiff contends he was misinformed that he should file his discovery requests with the Court rather than sending them to the defendants and that this has delayed the discovery process. *Id.* Defendants did not file opposition to plaintiff's motion.

Plaintiff's motion is GRANTED. The pretrial scheduling order is amended as follows:

- All discovery shall be completed by **May 27, 2020**.
- Dispositive motions must be filed by **June 27, 2020**.

The Clerk shall provide a copy of this order to the parties.

DATED this 14th day of April, 2020.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING EXTENSION OF
PRETRIAL DEADLINES - 1