UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEITH RAWLINS,<br><br>                Plaintiff,<br><br>   v.<br><br>DON MARLOW, et al.,<br><br>               Defendant. | CASE NO. 2:19-cv-01905-RSM-BAT<br><br>**ORDER STRIKING MOTIONS TO EXTEND TIME TO RESPOND AS MOOT** |

Plaintiff filed motions to extend the time to respond to defendants' motion for summary judgment originally noted for May 29, 2020. Dkt. 40, 48. On June 24, 2020, plaintiff filed his response in opposition to summary judgment. Dkt. 49. The Court accordingly ORDERS:

1. The motions for extension (Dkts. 40, 48) are STRICKEN as moot because plaintiff has filed his response opposing summary judgment.

2. Defendants' motion for summary judgment is ripe for review.

2. The Clerk shall provide a copy of this order to the parties.

DATED this 29th day of June 2020.

                                                BRIAN A. TSUCHIDA
                                                United States Magistrate Judge