UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEITH RAWLINS,

              Plaintiff,

    v.

DON MARLOW, et al.,

              Defendant.

CASE NO. 2:19-cv-01905-RSM-BAT

**ORDER DISMISSING WITHOUT PREJUDICE**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Second Report and Recommendation.

    (2)    Defendants' motion for summary judgment (Dkt. 25) is granted and the case is dismissed without prejudice. All pending Motions are denied.

    (3)    The Clerk is directed to provide copies of this Order to the parties.

Dated this 4th day of August, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING WITHOUT
PREJUDICE - 2